IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

VERA MAE HAYNES-WILLIAMS                                      PLAINTIFF

VERSUS                              CIVIL ACTION NO. 1:11-cv-422-HSO-RHW

BILOXI PUBLIC SCHOOL DISTRICT, ET AL.                         DEFENDANTS

# FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Robert H. Walker [10], entered in this cause on May 21, 2012. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned cause is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 4(m).

**SO ORDERED AND ADJUDGED**, this the 23rd day of July, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE